Charles D. Swift
Attorney for William Millay
Swift & McDonald, P.S.
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377
cswift@prolegaldefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES <br> V. <br> MILLAY, WILLIAM COLTON <br> SPC, U.S. Army | CASE NO. 3:13-MC-00005-RRB <br><br> DECLARATION OF WILLIAM MILLAY |

I William Millay, do declare as follows:

I am the defendant in the above entitled matter. I make this statement based on my knowledge of the facts and incidents which occurred and are known to me personally.

On June 17 and 18, 2011, I made a series of six phone calls ranging in length from 2 minutes to 13 minutes to public numbers at the Russian Embassy in Washington, D.C. I recall asking for contact information for Russian soldiers with whom I could correspond. My recollection of the calls is that I did not provide contact information. I remember that the Embassy did not seem to understand what I was asking for and it became apparent that the Embassy could not help me. Prior to my conversations of June 17 and 18, I had no contact with the Russian Embassy, and I was not engaged in any

1

clandestine activities on Russia, or any other country's behalf. Thereafter, on June 22, 2011, I wrote an email to the Russian Newspaper, Red Star, identifying myself as a US soldier and asking for a phone number to speak to a Russian Military base or soldier. When both efforts to make contact with Russian soldiers failed, I discontinued my efforts to contact members of the Russian military.

Thereafter, on September 14, 2011, an undercover FBI agent contacted me posing as 'Natalia Petrova,' an intelligence agent employed by the Russian government. She arranged a meeting with me at the Juno Restaurant in the Crown Plaza Hotel in Anchorage, Alaska. At the meeting, 'Natalia' solicited me for military and national defense information relating to the United States government. In response to her questioning, I indicated that I was a military policeman and had little to no involvement with intelligence matters. When pressed, however, I indicated that I had access to buildings on Joint Base Elmendorf-Richardson (JBER), to personal information concerning high-ranking personnel at JBER, and to information regarding the Duke and Warlock systems.

On September 15, 2011, I reported my contacts with 'Natalia' to my chain of command. I had a meeting with Agent Larry Lambert regarding the contacts. On or about September 16, 2011, I had a meeting with Special Agent Brendan Morris and Special Agent David Noyes of the FBI regarding the contacts with 'Natalia' that I reported to my chain of command. Later that evening, I contacted the FBI Anchorage Division switchboard.

On September 17, 2011, I contacted federal investigators to inform them that I had been contacted again, presumably by 'Natalia.' Later that same day, I met in person

2

with Special Agent Derrick DeShawn Criswell, Coy, and Klein. On September 30, 2011 and October 1, 2011, 'Natalia' and I had multiple conversations, attempting to set up a meeting for those days. At some point during our conversations, I attempted to break off contact by discarding the cell phone she had given me for the purpose of talking with her. She, however, sent me another cell phone to replace the one I had discarded.

I was arrested on October 28, 2011, by Army law enforcement.

I declare under the threat of penalty of perjury under the laws of the State of Alaska that the forgoing information is true and correct to the best of my recollection

Respectfully submitted,

William C. Millay

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on March 1, 2013, via ECF on:

Steven Skrocki, US Attorney
Deborah Curtis, US Attorney

s/ Charles D. Swift
Attorney for Defendant, William Colton Millay