Charles D. Swift
Attorney for William Millay
Swift & McDonald, P.S.
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377
cswift@prolegaldefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ) | |
| ) | CASE NO. 3:13-MC-00005-RRB |
| V. ) | |
| ) | WITHDRAWAL OF MOTION |
| MILLAY, WILLIAM COLTON ) | |
| SPC, U.S. Army ) | |
| ) | |

     SPC William Millay, US Army, entered a plea of guilty to pursuant to a pretrial agreement in his court-martial in Fort Richardson, Alaska on March 19, 2013. Pursuant to his pretrial agreement, SPC Millay hereby withdraws his request for disclosure FISA materials under 50 U.S.C. §§ 1806(f), 1825(g), and his motion to suppress physical evidence and audio recordings derived from FISA surveillance, currently pending before this Court, as moot.

     DATED this 21st day of March, 2013.

                                                Respectfully submitted,

                                              *s/ Charles D. Swift*
                                              Charles D. Swift
                                              Attorney for William Millay
                                              Swift & McDonald, P.S.
                                              1809 – 7th Avenue, Suite 1108
                                              Seattle, WA 98101
                                              (206) 441-3377
                                              cswift@prolegaldefense.com
                                              WA State Bar No. 41671

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on March 21st, 2013, via ECF on:

Steven Skrocki, US Attorney
Deborah Curtis, US Attorney

s/ Charles D. Swift
Attorney for Defendant, William Colton Millay